NUMBERS 13-99-332-CR, 13-99-333-CR, and 13-99-334-
CR




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


ANTHONY DePHILLIP
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 214th District Court 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Hinojosa and

Rodriguez

Opinion Per Curiam



 Appellant, ANTHONY DePHILLIP, perfected appeals from
judgments entered by the 214th District Court of Nueces County, Texas, 
in cause numbers 98-CR-2289-F, 98-CR-2359-F, and 98-CR-2360-F. 
Appellant has filed motions to dismiss the appeals. The motions
comply with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and
appellant's motions to dismiss the appeals, is of the opinion that
appellant's motions to dismiss the appeals should be granted. 
Appellant's motions to dismiss the appeals are granted, and the appeals
are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 20th day of July, 2000.